IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASCADES BRANDING INNOVATION LLC | The Hon. Edmond E. Chang |
| Plaintiff, | |
| vs. | Civil Action No. 1:14-cv-3158 |
| JO-ANN STORES, LLC | **JURY TRIAL DEMANDED** |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Cascades Branding Innovation and Defendant Jo-Ann Stores hereby voluntarily dismiss this action, including claims and counterclaims, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties respectfully submit that no court order is required to effect this dismissal.

Dated: October 14, 2014        Respectfully submitted,

/s William W. Flachsbart
William W. Flachsbart (wwf@fg-law.com)
Robert P. Greenspoon (rpg@fg-law.com
Michael R. La Porte (mrl@fg-law.com)
Travis Campbell (tc@fg-law.com)
FLACHSBART & GREENSPOON, LLC
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601
T: 312-551-9500
F: 312-551-9501

**Attorneys for Plaintiff
Cascades Branding Innovation LLC**

/s David R. Barnard
David R. Barnard (dbarnard@lathropgage.com)
Luke M. Meriwether (lmeriwether@lathropgage.com)
LATHROP & GAGE LLP

        2345 Grand Blvd., Suite 2200
        Kansas City, MO 64108
        (816) 292-2000

        Michael Stolarski (mstolarski@lathropgage.com)
        Timothy K. Sendek (tsendek@lathropgage.com)
        LATHROP & GAGE LLP
        155 North Wacker Drive, Suite 3050
        Chicago, IL 60606
        (312) 920-3300

        **Attorneys for Defendant**
        **Jo-Ann Stores, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that service of the foregoing document has been made on October 14, 2014, via the Court's CM/ECF system. In this manner, service has been made on all attorneys of record in this case.

/s/William W. Flachsbart
William W. Flachsbart
